```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ATC HEALTHCARE SERVICES, INC.           |
                                        |
              Plaintiff,                |           NOT FOR PUBLICATION
                                        |           ORDER
              -against-                 |
                                        |           01 CV 762  (CBA)
PERSONNEL SOLUTIONS, INC. et al.,       |
                                        |
              Defendants.               |
-------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE
```

This Court has received the report and recommendation ("R&R") of the Honorable Cheryl L. Pollack, United States Magistrate Judge. Judge Pollack recommended that this Court deny the plaintiff's request for $17,797.00 in advanced royalties and $24,661.00 as reimbursement of unauthorized checks issued by defendants, pending ATC's submission of sufficient supporting documentation, and that this Court deny recovery for lost future royalties. Because no party objected to the report and recommendation, the Court hereby adopts the report and recommendation as the opinion of the Court.

      SO ORDERED.

Dated:     Brooklyn, New York
             December 19, 2006

                                              Carol Bagley Amon
                                              United States District Judge