UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ATC HEALTHCARE SERVICES, INC.,

          Plaintiff,

    -against-

PERSONNEL SOLUTIONS, INC. et al.,

          Defendants.
-------------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

01 CV 762 (CBA)

AMON, UNITED STATES DISTRICT JUDGE

This Court has received the report and recommendation ("R&R") of the Honorable Cheryl L. Pollack, United States Magistrate Judge. Judge Pollack recommended that (1) plaintiff be awarded $16,368.50 in attorney's fees, an amount representing $9,782 in fees from Buchanan Ingersoll & Rooney PC and $6,586.50 in fees from Nixon Peabody LLP; and (2) plaintiff be awarded $706.29 in costs. No party has objected to the report and recommendation. The Court hereby adopts the report and recommendation as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order.

    SO ORDERED.

Dated:      Brooklyn, New York
             June 28, 2007

                                      s/CBA
                                    Carol Bagley Amon
                                    United States District Judge